# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ECHEVARRIA, WILLIAM | § | Case No. 13-10030 JPC |
| ECHEVARRIA, KRISTIN | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was                 and the deadline for filing governmental claims was               . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $               .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $          as interim compensation and now requests a sum of $               , for a total compensation of $               [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $         , and now requests reimbursement for expenses of $         , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/N. Neville Reid, Trustee_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit A

| Case No: | 13-10030 | JPC | Judge: Jacqueline P. Cox |
| Case Name: | ECHEVARRIA, WILLIAM |
| | ECHEVARRIA, KRISTIN |
| For Period Ending: | 03/28/14 |

| Trustee Name: | N. Neville Reid, Trustee |
| Date Filed (f) or Converted (c): | 03/13/13 (f) |
| 341(a) Meeting Date: | 05/02/13 |
| Claims Bar Date: | 11/21/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. RESIDENCE<br>566 N. Meade, Chicago, Il. | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 100.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS<br>Checking | 300.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS ETC<br>Household goods etc | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. PENSION PLAN<br>UPS pension - value unknown | 0.00 | 0.00 | | 307.68 | FA |
| 7. PENSION/STOCK<br>Stock options with UPS. | 16,400.00 | 0.00 | | 30,436.25 | FA |
| 8. VEHICLES<br>1998 SATURN | 600.00 | 0.00 | | 0.00 | FA |
| 9. VEHICLES<br>2004 Nissan Quest (not operating) | 1,500.00 | Unknown | | 0.00 | FA |
| 10. VEHICLES<br>2005 INFINITY | 2,500.00 | Unknown | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $324,400.00 | $0.00 | | $30,743.93 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 13-10030    JPC    Judge: Jacqueline P. Cox | Trustee Name:    N. Neville Reid, Trustee |
| Case Name: | ECHEVARRIA, WILLIAM | Date Filed (f) or Converted (c):    03/13/13 (f) |
| | ECHEVARRIA, KRISTIN | 341(a) Meeting Date:    05/02/13 |
| | | Claims Bar Date:    11/21/13 |

Initial Projected Date of Final Report (TFR): 12/30/14    Current Projected Date of Final Report (TFR): 12/29/14

/s/    N. Neville Reid, Trustee

_____ Date: _____

    N. NEVILLE REID, TRUSTEE

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 13-10030 -JPC | | | Trustee Name: | N. Neville Reid, Trustee | |
| Case Name: | ECHEVARRIA, WILLIAM | | | Bank Name: | ASSOCIATED BANK | |
| | ECHEVARRIA, KRISTIN | | | Account Number / CD #: | *******3760  Checking Account (Non-Interest Earn | |
| Taxpayer ID No: | *******5821 | | | | | |
| For Period Ending: | 03/28/14 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/12/13 | 6 | Computershare<br>Computershare Trust Company, N.A.<br>PO Box  30169<br>College Station, TX  77842-369 | UPS Shares | 1121-000 | 83.95 | | 83.95 |
| 12/09/13 | 6 | UPS<br>Computershare, Inc.<br>250 Royall St.<br>Canton, MA 02021<br><br>800-758-4674 | Dividend Payment | 1129-000 | 195.92 | | 279.87 |
| 01/16/14 | 6 | Computershare Truste Company, N/A<br>P.O. Box 30169<br>College Station, TX 77842-3169<br><br>888-663-8325 | UPS - Sales Advice (trade 1-7-14) | 1129-000 | 27.81 | | 307.68 |
| 02/17/14 | 7 | Computershare Shareowner Services, LLC<br>480 Washington Blvd.<br>Jersey City, NJ 07310<br><br>800-758-4674 | Stock Sold | 1129-000 | 30,436.25 | | 30,743.93 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.92 | 30,726.01 |

| | | Page Subtotals | 30,743.93 | 17.92 | |
|---|---|---|---|---|---|

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit B

Case No:        13-10030  -JPC
Case Name:      ECHEVARRIA, WILLIAM
                ECHEVARRIA, KRISTIN
Taxpayer ID No: *******5821
For Period Ending: 03/28/14

Trustee Name:           N. Neville Reid, Trustee
Bank Name:              ASSOCIATED BANK
Account Number / CD #:  *******3760  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 30,743.93 | 17.92 | 30,726.01 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 30,743.93 | 17.92 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 30,743.93 | 17.92 | |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Checking Account (Non-Interest Earn - *******3760 | 30,743.93 | 17.92 | 30,726.01 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 30,743.93 | 17.92 | 30,726.01 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 17.05c

| | EXHIBIT C | | | | |
|---|---|---|---|---|---|
| Page 1 | ANALYSIS OF CLAIMS REGISTER | | | | Date: March 28, 2014 |

Case Number:   13-10030                                          Claim Class Sequence
Debtor Name:   ECHEVARRIA, WILLIAM

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | FOX, SWIBEL, LEVIN & CARROLL, LLP<br>200 West Madison Street, Suite 3000<br>Chicago, IL 60606 | Administrative | | $3,099.68 | $0.00 | $3,099.68 |
| 999<br>8200-00 | WILLIAM ECHEVARRIA<br>4051 N MEADE<br>CHICAGO, IL 60630 | Unsecured | | $4,105.44 | $0.00 | $4,105.44 |
| 000001<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,809.41 | $0.00 | $1,809.41 |
| 000002<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $4,199.52 | $0.00 | $4,199.52 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $14,063.96 | $0.00 | $14,063.96 |
| | Case Totals: | | | $27,278.01 | $0.00 | $27,278.01 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-10030 JPC
Case Name: ECHEVARRIA, WILLIAM
ECHEVARRIA, KRISTIN
Trustee Name: N. Neville Reid, Trustee

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: FOX, SWIBEL, LEVIN & CARROLL, LLP | $ | $ | $ |
| Attorney for Trustee Expenses: FOX, SWIBEL, LEVIN & CARROLL, LLP | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                                    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000002 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000003 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be          percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of          % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $          . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $          .