# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
　　　　　　　　　　　　　　　　　§
ECHEVARRIA, WILLIAM　　　　　§　　Case No. 13-10030
ECHEVARRIA, KRISTIN　　　　　　§
　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　§
　　　　　　　Debtor(s)　　　　　　§

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter　　of the United States Bankruptcy Code was filed on 　　. The undersigned trustee was appointed on　　　　　　.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of　　　　　　　　　　$

　　　　Funds were disbursed in the following amounts:

　　　　Payments made under an interim disbursement
　　　　Administrative expenses
　　　　Bank service fees
　　　　Other payments to creditors
　　　　Non-estate funds paid to 3rd Parties
　　　　Exemptions paid to the debtor
　　　　Other payments to the debtor

　　　　Leaving a balance on hand of[1]　　　　　　$

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was        and the deadline for filing governmental claims was       . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $     . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $    as interim compensation and now requests a sum of $    , for a total compensation of $    [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $   , and now requests reimbursement for expenses of $   , for total expenses of $    [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/N. Neville Reid, Trustee_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-10030 | JPC | Judge: Jacqueline P. Cox | | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | ECHEVARRIA, WILLIAM | | | | Date Filed (f) or Converted (c): | 03/13/13 (f) |
| | ECHEVARRIA, KRISTIN | | | | 341(a) Meeting Date: | 05/02/13 |
| For Period Ending: | 04/29/14 | | | | Claims Bar Date: | 11/21/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. RESIDENCE<br>566 N. Meade, Chicago, Il. | 300,000.00 | 0.00 | | 0.00 | FA | 299,744.00 | 30,000.00 |
| 2. CASH | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. FINANCIAL ACCOUNTS<br>Checking | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS ETC<br>Household goods etc | 1,500.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. WEARING APPAREL | 1,500.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. PENSION PLAN<br>UPS pension - value unknown | 0.00 | 307.68 | | 307.68 | FA | 0.00 | 0.00 |
| 7. PENSION/STOCK<br>Stock options with UPS. | 16,400.00 | 22,436.25 | | 30,436.25 | FA | 0.00 | 8,000.00 |
| 8. VEHICLES<br>1998 SATURN | 600.00 | 0.00 | | 0.00 | FA | 0.00 | 600.00 |
| 9. VEHICLES<br>2004 Nissan Quest (not operating) | 1,500.00 | Unknown | | 0.00 | FA | 0.00 | 1,500.00 |
| 10. VEHICLES<br>2005 INFINITY | 2,500.00 | Unknown | | 0.00 | FA | 0.00 | 2,500.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-10030 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | ECHEVARRIA, WILLIAM | | | Date Filed (f) or Converted (c): | 03/13/13 (f) |
| | ECHEVARRIA, KRISTIN | | | 341(a) Meeting Date: | 05/02/13 |
| | | | | Claims Bar Date: | 11/21/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $324,400.00 | $22,743.93 | | $30,743.93 | $0.00 | $299,744.00 | $42,600.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed on March 28, 2014.

Initial Projected Date of Final Report (TFR): 12/30/14    Current Projected Date of Final Report (TFR): 03/28/14

/s/  N. Neville Reid, Trustee
_____  Date: 04/30/14
        N. NEVILLE REID, TRUSTEE

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 13-10030 -JPC | | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|
| Case Name: | ECHEVARRIA, WILLIAM | | Bank Name: | ASSOCIATED BANK |
| | ECHEVARRIA, KRISTIN | | Account Number / CD #: | *******3760 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5821 | | | |
| For Period Ending: | 04/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/12/13 | 6 | Computershare<br>Computershare Trust Company, N.A.<br>PO Box 30169<br>College Station, TX 77842-369 | UPS Shares | 1129-000 | 83.95 | | 83.95 |
| 12/09/13 | 6 | UPS<br>Computershare, Inc.<br>250 Royall St.<br>Canton, MA 02021<br><br>800-758-4674 | Dividend Payment | 1129-000 | 195.92 | | 279.87 |
| 01/16/14 | 6 | Computershare Truste Company, N/A<br>P.O. Box 30169<br>College Station, TX 77842-3169<br><br>888-663-8325 | UPS - Sales Advice (trade 1-7-14) | 1129-000 | 27.81 | | 307.68 |
| 02/17/14 | 7 | Computershare Shareowner Services, LLC<br>480 Washington Blvd.<br>Jersey City, NJ 07310<br><br>800-758-4674 | Stock Sold<br>Compensable due to Debtor's $8,000 exemption to UPS Stock | 1129-000 | 30,436.25 | | 30,743.93 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.92 | 30,726.01 |
| 04/07/14 | 300001 | International Sureties, Ltd. | Blanket Bond Disbursement | 2300-000 | | 13.69 | 30,712.32 |
| | | | Page Subtotals | | 30,743.93 | 31.61 | |

LFORM24 UST Form 101-7-TFR (5/1/2011) *(Page: 5)* Ver: 17.05d

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-10030 -JPC | | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|
| Case Name: | ECHEVARRIA, WILLIAM | | Bank Name: | ASSOCIATED BANK |
| | ECHEVARRIA, KRISTIN | | Account Number / CD #: | *******3760 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5821 | | | |
| For Period Ending: | 04/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139<br><br>504-581-6404 | Blanket Bond Amount $71,065,000.00<br>Liberty Mutual Insurance Company<br>Bond # 016016455<br>Term: 02/01/14 to 02/01/15 | | | | |
| 04/23/14 | 300002 | William Echevarria<br>4051 N Meade<br>Chicago, Il 60630 | Debtor Exemption re: UPS Stock | 8100-000 | | 8,000.00 | 22,712.32 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 30,743.93 | 8,031.61 | 22,712.32 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 30,743.93 | 8,031.61 | |
| Less: Payments to Debtors | | 8,000.00 | |
| Net | 30,743.93 | 31.61 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********3760 | 30,743.93 | 31.61 | 22,712.32 |
| | 30,743.93 | 31.61 | 22,712.32 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/   N. Neville Reid, Trustee
Trustee's Signature: _____  Date: 04/30/14

Page Subtotals     0.00     8,000.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 13-10030 -JPC | | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | ECHEVARRIA, WILLIAM | | Bank Name: | ASSOCIATED BANK |
| | ECHEVARRIA, KRISTIN | | Account Number / CD #: | *******3760 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5821 | | | |
| For Period Ending: | 04/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

N. NEVILLE REID, TRUSTEE

| | | | | Page Subtotals | 0.00 | 0.00 | |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: April 30, 2014 |

Case Number: 13-10030
Debtor Name: ECHEVARRIA, WILLIAM

Claim Class Sequence

Joint Debtor: ECHEVARRIA, KRISTIN

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 001<br>3110-00 | FOX, SWIBEL, LEVIN & CARROLL, LLP<br>200 West Madison Street, Suite 3000<br>Chicago, IL 60606 | Administrative | $3,099.68 | $0.00 | $3,099.68 |
| 001<br>2100-00 | N. Neville Reid, Trustee | Administrative<br>Trustee Compensation | $3,024.39 | $0.00 | $3,024.39 |
| 999<br>2300-00 | INTERNATIONAL SURITIES | Administrative<br>BOND PAYMENT | $0.00 | $13.69 | $-13.69 |
| 999<br>8100-00 | William Echevarria<br>4051 N Meade<br>Chicago, Il 60630 | Unsecured<br>Debtor Exemption regarding UPS Stoc<br>Debtor Exemption regarding UPS Stock | $8,000.00 | $8,000.00 | $0.00 |
| 000001<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>(1-1) CREDIT CARD DEBT | $1,809.41 | $0.00 | $1,809.41 |
| 000002<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>(2-1) CREDIT CARD DEBT | $4,199.52 | $0.00 | $4,199.52 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | $14,063.96 | $0.00 | $14,063.96 |
| | Case Totals: | | $34,196.96 | $8,013.69 | $26,183.27 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-10030
Case Name: ECHEVARRIA, WILLIAM
              ECHEVARRIA, KRISTIN
Trustee Name: N. Neville Reid, Trustee

    Balance on hand                               $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: FOX, SWIBEL, LEVIN & CARROLL, LLP | $ | $ | $ |
| Attorney for Trustee Expenses: FOX, SWIBEL, LEVIN & CARROLL, LLP | $ | $ | $ |
| Other: INTERNATIONAL SURITIES | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One, N.A. | $ | $ | $ |
| 000002 | American Express Centurion Bank | $ | $ | $ |
| 000003 | Discover Bank | $ | $ | $ |

    Total to be paid to timely general unsecured creditors            $_____

    Remaining Balance            $_____

    Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE