# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-10030 |
| WILLIAM ECHEVARRIA and | ) | |
| KRISTIN ECHEVARRIA, | ) | Hon. Jacqueline P. Cox |
| | ) | |
| Debtors. | ) | **Date: June 5, 2014** |
| | ) | **Time: 9:30 a.m.** |

## AMENDED CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on May 7, 2014, I caused a copy of the foregoing **Notice of Trustee's Final Report [Dkt. 37], Amended Application to Compensate Trustee [Dkt. 38], and First and Final Fee Application of Fox, Swibel, Levin & Carroll, LLP, For Allowance of Administrative Claim For Compensation and Reimbursement of Expenses For the Period June 24, 2013 Through March 9, 2014 [Dkt. 35]** to be filed electronically, with a copy of same being served upon the parties listed on the attached Service List by the Court's ECF filing system or by postage prepaid first-class U.S. Mail.

*/s/ N. Neville Reid*
N. Neville Reid

## SERVICE LIST

**Parties to receive notice through Court's ECF filing system:**

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

James M Kelly attorney for the Debtor and Joint Debtor
jkellylaw94@yahoo.com

Toni Dillon attorney for Green Tree Servicing LLC
tdillon@atty-pierce.com

**Party to receive notice via postage-prepaid first class U.S. mail:**

| | | |
|---|---|---|
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | At& T Universal Card<br>Processing Center<br>Des Moines, IA 50363 |
| Bank Of America<br>P.O. Box 851001<br>Dallas, TX 75285 | Best Buy<br>P.O. Box 71106<br>Charlotte, NC 28272 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Discover<br>C/O Blitt And Gaines<br>661 Glenn Ave<br>Wheeling, IL 60090 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | **William Echevarria**<br>4051 N Meade<br>Chicago, Il 60630 |
| **Kristin Echevarria**<br>4566 N. Meade<br>Chicago, Il 60630 | FMS Inc<br>C/O Kohls<br>P.O. Box 707600<br>Tulsa, OK 74170 | Green Tree<br>345 St. Peter Street<br>St. Paul, MN 55102 |
| HSBC<br>P.O. Box 5226<br>Carol Stream, IL 60197 | Kohls<br>PO Box 2983<br>Milwaukee, WI 53201 | Law Offices of James M Kelly<br>119 N Northwest Highway<br>Palatine, IL 60067 |
| Nco Financial Systems<br>P.O. Box 15456<br>Wilmington, DE 19850 | Progressive Financial<br>C/O Kohls<br>P.O. Box 22083<br>Tempe, AZ 85285 | United Collection Bureau<br>C/O At & T<br>P.O. Box 140310<br>Toledo, OH 43614 |