# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ECHEVARRIA, WILLIAM | § | Case No. 13-10030 JPC |
| ECHEVARRIA, KRISTIN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

UNITED STATES BANKRUPTCY COURT
219 South Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/05/2014 in Courtroom 680,

United States Bankruptcy Court
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/07/2014         By: N. Neville Reid
                                       Trustee


N. Neville Reid, Trustee
200 W. MADISON, SUITE 3000
CHICAGO, IL 60606

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
ECHEVARRIA, WILLIAM § Case No. 13-10030 JPC
ECHEVARRIA, KRISTIN §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 30,743.93 |
| and approved disbursements of | $ | 8,031.61 |
| leaving a balance on hand of[1] | $ | 22,712.32 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: N. Neville Reid, Trustee | $ 3,024.39 | $ 0.00 | $ 3,024.39 |
| Attorney for Trustee Fees: FOX, SWIBEL, LEVIN & CARROLL, LLP | $ 3,073.00 | $ 0.00 | $ 3,073.00 |
| Attorney for Trustee Expenses: FOX, SWIBEL, LEVIN & CARROLL, LLP | $ 26.68 | $ 0.00 | $ 26.68 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 0.00 | $ 13.69 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses       $       6,124.07
Remaining Balance       $       16,588.25

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,072.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 82.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One, N.A. | $ 1,809.41 | $ 0.00 | $ 1,495.30 |
| 000002 | American Express Centurion Bank | $ 4,199.52 | $ 0.00 | $ 3,470.49 |
| 000003 | Discover Bank | $ 14,063.96 | $ 0.00 | $ 11,622.46 |
| | Total to be paid to timely general unsecured creditors | | | $ 16,588.25 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/N. Neville Reid  
                                      Trustee

*N. Neville Reid, Trustee*  
*200 W. MADISON, SUITE 3000*  
*CHICAGO, IL 60606*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
William Echevarria
Kristin Echevarria
    Debtors

Case No. 13-10030-JPC
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: acox     Page 1 of 1     Date Rcvd: May 08, 2014
                       Form ID: pdf006   Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2014.
```
db         +William Echevarria,    4051 N Meade,    Chicago, Il 60634-1504
jdb        +Kristin Echevarria,    4566 N. Meade,    Chicago, Il 60630-3005
20193967    American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
20170536   +At& T Universal Card,    Processing Center,    Des Moines, IA 50363-0001
20170537   +Bank Of America,    P.O. Box 851001,    Dallas, TX 75285-1001
20170538   +Best Buy,    P.O. Box 71106,    Charlotte, NC 28272-1106
21026992    Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20170539   +Discover,    C/O Blitt And Gaines,    661 Glenn Ave,    Wheeling, IL 60090-6017
20170540   +FMS Inc,    C/O Kohls,    P.O. Box 707600,    Tulsa, OK 74170-7600
20170542   +HSBC,    P.O. Box 5226,    Carol Stream, IL 60197-5226
20170535   +Law Offices of James M Kelly,    119 N Northwest Highway,    Palatine, IL 60067-5324
20170545   +Progressive Financial,    C/O Kohls,    P.O. Box  22083,    Tempe, AZ 85285-2083
20170546   +United Collection Bureau,    C/O At & T,    P.O. Box 140310,    Toledo, OH 43614-0310
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21225338     E-mail/PDF: mrdiscen@discoverfinancial.com May 09 2014 01:30:46     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20170541     E-mail/Text: bankruptcy.bnc@gt-cs.com May 09 2014 01:12:15     Green Tree,    345 St. Peter Street,
              St. Paul, MN  55102
20170543    +E-mail/Text: bnckohlsnotices@becket-lee.com May 09 2014 01:11:56     Kohls,    PO Box 2983,
              Milwaukee, WI 53201-2983
20170544    +E-mail/Text: bankruptcydepartment@ncogroup.com May 09 2014 01:13:00     Nco Financial Systems,
              P.O. Box 15456,    Wilmington, DE 19850-5456
                                                                                              TOTAL: 4
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty         Fox, Swibel, Levin & Carroll, LLP
20170533    Eschevarria William
20170534    Eshevarria Kristin
21126410*   American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                   TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2014                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2014 at the address(es) listed below:
```
          James M Kelly    on behalf of Debtor William  Echevarria jkellylaw94@yahoo.com
          James M Kelly    on behalf of Joint Debtor Kristin  Echevarria jkellylaw94@yahoo.com
          N. Neville Reid    nreid@fslc.com,   nreid@ecf.epiqsystems.com
          N. Neville Reid    on behalf of Trustee N. Neville Reid nreid@fslc.com,   nreid@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ryan T Schultz    on behalf of Trustee N. Neville Reid rschultz@fslc.com,   bkdocket@fslc.com
          Toni  Dillon    on behalf of Creditor   Green Tree Servicing LLC tdillon@atty-pierce.com,
           northerndistrict@atty-pierce.com
                                                                                             TOTAL: 7
```