UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-10030 |
| | ) | |
| WILLIAM ECHEVARRIA and | ) | Chapter: 7 |
| KRISTIN ECHEVARRIA, | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF FOX, SWIBEL, LEVIN & CARROLL, LLP FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES JUNE 24, 2013 THROUGH MARCH 9, 2014**

This matter coming before the Court on the Application (the "Application"; any capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Application) of Fox, Swibel, Levin & Carroll, LLP ("FSLC"), general bankruptcy counsel to N. Neville Reid, not individually, but solely in his capacity as the chapter 7 trustee for the bankruptcy estate (the "Estate") of William Echevarria and Kirstin Echevarria (the "Debtors"), for entry of an order pursuant to 11 U.S.C. §§ 328, 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois, and the United States Trustee Fee Guidelines for Reviewing Applications for Compensation and Reimbursement of Disbursements Filed under 11 U.S.C. § 330 (Appendix A to 28 C.F.R. § 58), granting the First and Final Fee Application of FSLC for payment of interim compensation for services rendered and for reimbursement of expenses incurred from June 24, 2013 through March 9, 2014 (the "Application Period"), the Court finds that (a) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the relief requested in the Application is in the best interests of the Debtors' Estate, its creditors and other parties-in-interest; (d) due and sufficient notice of the Application was given; and (e) upon the record herein and after due deliberation and cause appearing therefore;

IT IS HEREBY ORDERED:

1. The Application is granted in its entirety;

2. FSLC is hereby allowed fees in the amount of $3,073.00 for services rendered, and reimbursement of $26.68 in expenses incurred, for the period from June 24, 2013 through March 9, 2014 in connection with the above-captioned case;

3. The Trustee is hereby authorized to pay FSLC for actual, necessary services rendered during the Application Period in the amount of $3,073.00 and to reimburse FSLC for actual, necessary expenses FSLC incurred during the Application Period in the amount of $26.68;

4. All objections to the Application or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled on the merits;

Rev: 20130104_bko

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and

6. This Order will become effective immediately upon its entry.

Enter: *Jacqueline P. Cox*
J. Cox

United States Bankruptcy Judge

Dated: JUN - 5 2014

**Prepared by:**
N. Neville Reid (ARDC #6195837)
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201

Rev: 20130104_bko