UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                        §
                                              §
WILLIAM ECHEVARRIA                            §        Case No. 1:13-10030-JPC
KRISTIN ECHEVARRIA                            §
                                              §
                                              §
          Debtor(s)                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                    . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____       By:/s/N. Neville Reid, Trustee_____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WILLIAM ECHEVARRIA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America P.O. Box 851001 Dallas, TX  75285 |  |  |  |  |  |
|  | Green Tree 345 St. Peter Street St. Paul, MN  55102 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE N. NEVILLE REID | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| FOX SWIBEL LEVIN & CARROLL, LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | At& T Universal Card Processing Center Des Moines, IA  50363 | | | | | |
| | Best Buy P.O. Box 71106 Charlotte, NC  28272 | | | | | |
| | Discover C/O Blitt And Gaines 661 Glenn Ave Wheeling, IL  60090 | | | | | |
| | HSBC P.O. Box 5226 Carol Stream, IL  60197 | | | | | |
| | Kohls PO Box 2983 Milwaukee, WI  53201 | | | | | |
| | Nco Financial Systems P.O. Box 15456 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 1 | CAPITAL ONE N. A. | | | | | |
| 3 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-10030 | JPC | Judge: | Jacqueline P. Cox | | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | WILLIAM ECHEVARRIA | | | | | Date Filed (f) or Converted (c): | 03/13/2013 (f) |
| | KRISTIN ECHEVARRIA | | | | | 341(a) Meeting Date: | 05/02/2013 |
| For Period Ending: | 10/14/2014 | | | | | Claims Bar Date: | 11/21/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  RESIDENCE<br><br>566 N. Meade, Chicago, Il. | 300,000.00 | 0.00 | | 0.00 | FA |
| 2.  CASH | 100.00 | 0.00 | | 0.00 | FA |
| 3.  FINANCIAL ACCOUNTS<br><br>Checking | 300.00 | 0.00 | | 0.00 | FA |
| 4.  HOUSEHOLD GOODS ETC<br><br>Household goods etc | 1,500.00 | 0.00 | | 0.00 | FA |
| 5.  WEARING APPAREL | 1,500.00 | 0.00 | | 0.00 | FA |
| 6.  PENSION PLAN<br><br>UPS pension - value unknown | 0.00 | 307.68 | | 307.68 | FA |
| 7.  PENSION/STOCK<br><br>Stock options with UPS. | 16,400.00 | 14,436.25 | | 30,436.25 | FA |
| 8.  VEHICLES<br><br>1998 SATURN | 600.00 | 0.00 | | 0.00 | FA |
| 9.  VEHICLES<br><br>2004 Nissan Quest (not operating) | 1,500.00 | Unknown | | 0.00 | FA |
| 10.  VEHICLES<br><br>2005 INFINITY | 2,500.00 | Unknown | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $324,400.00          $14,743.93          $30,743.93          $0.00

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed on March 28, 2014.

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/30/2014        Current Projected Date of Final Report (TFR): 03/28/2014

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-10030 | Trustee Name: N. Neville Reid, Trustee | |
| Case Name: WILLIAM ECHEVARRIA | Bank Name: Associated Bank | |
| KRISTIN ECHEVARRIA | Account Number/CD#: XXXXXX3760 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX5821 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/14/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/12/13 | 6 | COMPUTERSHARE Computershare Trust Company, N.A.PO Box 30169College Station, TX 77842-369 | UPS Shares | 1129-000 | $83.95 | | $83.95 |
| 12/09/13 | 6 | UPS Computershare, Inc.250 Royall St.Canton, MA 02021800-758-4674 | Dividend Payment | 1129-000 | $195.92 | | $279.87 |
| 01/16/14 | 6 | COMPUTERSHARE TRUSTE COMPANY, N/A/ P.O. Box 30169College Station, TX 77842-3169888-663-8325 | UPS - Sales Advice (trade 1-7-14) | 1129-000 | $27.81 | | $307.68 |
| 02/17/14 | 7 | COMPUTERSHARE SHAREOWNER SERVICES, 480 Washington Blvd.Jersey City, NJ 07310800-758-4674 | Stock Sold Compensable due to Debtor's $8,000 exemption to UPS Stock | 1129-000 | $30,436.25 | | $30,743.93 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $17.92 | $30,726.01 |
| 04/07/14 | 300001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139504-581-6404 | Blanket Bond Disbursement Blanket Bond Amount $71,065,000.00 Liberty Mutual Insurance Company Bond # 016016455 Term: 02/01/14 to 02/01/15 | 2300-000 | | $13.69 | $30,712.32 |
| 04/23/14 | 300002 | WILLIAM ECHEVARRIA 4051 N MeadeChicago, Il 60630 | Debtor Exemption re: UPS Stock | 8100-002 | | $8,000.00 | $22,712.32 |
| 06/09/14 | 300003 | N. NEVILLE REID AS CHAPTER 7 TRUSTE for the Estate of William Echevarria 200 W. Madison Street, Suite 3000 Chicago, IL 60606 | Trustee Fees Compensation per Dkt. Order 42 | 2100-000 | | $3,024.39 | $19,687.93 |
| 06/09/14 | 300004 | Fox Swibel Levin & Carroll LLP 200 West Madison Street Suite 3000 Chicago, IL 60606 | Compensation for Fees $3,073.00 and Expenses $26.68 per Dkt. 43 Order Fees $3,073.00 Expenses $26.68 | 3110-000 | | $3,099.68 | $16,588.25 |

| | | | Page Subtotals: | | $30,743.93 | $14,155.68 | |
|---|---|---|---|---|---|---|---|

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: 13-10030 | | Trustee Name: N. Neville Reid, Trustee | |
| Case Name: WILLIAM ECHEVARRIA | | Bank Name: Associated Bank | |
| KRISTIN ECHEVARRIA | | Account Number/CD#: XXXXXX3760 | |
| | | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX5821 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/14/2014 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/09/14 | 300005 | CAPITAL ONE N. A. c o Becket and Lee LLP POB 3001 Malvern, PA  19355-0701 | Final distribution to claim 1 representing a payment of 82.64 % per court order. | 7100-000 | | $1,495.30 | $15,092.95 |
| 06/09/14 | 300006 | AMERICAN EXPRESS CENTURION BANK c/o Becket and Lee LLP POB 3001 Malvern, PA  19355-0701 | Final distribution to claim 2 representing a payment of 82.64 % per court order. | 7100-000 | | $3,470.49 | $11,622.46 |
| 06/09/14 | 300007 | DISCOVER BANK DB Servicing Corporation PO Box 3025 New Albany, OH  43054-3025 | Final distribution to claim 3 representing a payment of 82.64 % per court order. | 7100-000 | | $11,622.46 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $30,743.93 | $30,743.93 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $30,743.93 | $30,743.93 |
| Less: Payments to Debtors | | $0.00 | $8,000.00 |
| Net | | $30,743.93 | $22,743.93 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $16,588.25 |

Case 13-10030   Doc 44   Filed 11/14/14   Entered 11/14/14 14:07:57   Desc Main
Document   Page 11 of 11

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3760 - Checking Account (Non-Interest Earn | $30,743.93 | $22,743.93 | $0.00 |
| | $30,743.93 | $22,743.93 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $30,743.93 | |
| Total Gross Receipts: | $30,743.93 | |

Page Subtotals: $0.00 $0.00